IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDRO MAURICIO CAMPOS,<br>#00819-510<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:24-CV-02023-N<br>(No. 3:22-CR-00215-N) |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the motion to vacate sentence under 28 U.S.C. § 2255 is DENIED and this action is DISMISSED WITH PREDJUDICE.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Court, and 28 U.S.C. § 2253(c), the court DENIES a certificate of appealability. The court adopts and incorporates by reference the order filed in this case in support of its finding that the movant has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).[1]

---

[1] Rule 11 of the Rules Governing §§ 2254 and 2255 Proceedings reads as follows:
    **(a) Certificate of Appealability.** The district court must issue or deny a certificate of appealability when it enters a final order adverse to the

If movant files a notice of appeal, movant must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

The clerk of the court is DIRECTED to close this case and transmit a copy of this judgment to all parties.

SO ORDERED this 8th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.
**(b) Time to Appeal.** Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules. A timely notice of appeal must be filed even if the district court issues a certificate of appealability.